UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

DEBORA HOWARD, as
the Administratrix the
Estate of JESSE P.
HOWARD, and                                                        PLAINTIFF
INDIVIDUALLY


v.                                              CIVIL ACTION NO. 3:17-CV-97-CRS


UNITED STATES OF AMERICA                                          DEFENDANT


## MEMORANDUM OPINION AND ORDER

This matter is before the Court on motion of the Plaintiff, Debora Howard, individually

and as Administratrix of the Estate of Jesse P. Howard, for leave to file a first Amended

Complaint pursuant to Fed.R.Civ.P. 15.  For the reasons stated, the Court will **GRANT** the

motion.

A court should freely grant leave to amend a pleading when justice so requires.

Fed.R.Civ.P. 15(a)(2).  A district court may deny a motion to amend where there is "undue

delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies

by amendments previously allowed, undue prejudice to the opposing party by virtue of

allowance of the amendment, futility of amendment, etc." *Foman v. Davis*, 371 U.S. 178, 182

(1962).  The Defendant not having filed a response to the Plaintiff's motion, the Court is not

aware of any reason to deny the motion.

Therefore, for the reasons stated, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED that:**

(1) the Plaintiff's motion for leave to file an amended complaint (DN 19) is **GRANTED**; and

(2) the Plaintiff's tendered First Amended Complaint (DN 19-2) is hereby deemed **FILED**.


**IT IS SO ORDERED.**

April 4, 2018

**Charles R. Simpson III, Senior Judge**
**United States District Court**